Opinion issued August 6, 2009



 





In The

Court of Appeals

For The

First District of Texas






NO. 01-07-00851-CV






JOHN LENTWORTH, Appellant


V.


TEXAS DEPARTMENT OF CRIMINAL JUSTICE, ET AL., Appellee






On Appeal from the 412th District Court

Brazoria County, Texas

Trial Court Cause No. 21785






MEMORANDUM OPINION


 We previously issued an order directing appellant to file a response by April
19, 2009 demonstrating whether this Court has subject matter jurisdiction over his
appeal. Appellant's response was filed on March 30, 2009. Appellant's response
demonstrated that this Court granted his right to file an appeal based on indigence
grounds. However, appellant's response failed to demonstrate that this Court has
subject matter jurisdiction over his appeal. Accordingly, his appeal is dismissed for
want of jurisdiction. Tex. R. App. P. 42.3(a).

 The Clerk is directed to issue mandate within 10 days of the date of this
opinion. Tex. R. App. P. 18.1.

PER CURIAM

Panel consists of Justices Jennings, Keyes, and Higley.